UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                         CR No. 17-2901 RB

ESMERALDA DOMINGUEZ,

Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on review of the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), *(doc. 48)*. The proposed findings notify Defendant, and Third Party custodian/co-signer Felix Dominguez, of their ability to file objections and that failure to do so waives appellate review. Objections from said parties were due no later than January 5, 2018. To date, the aforementioned parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered. Therefore, the Court accepts the findings and recommended disposition by the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered against the Defendant, Esmeralda Dominguez, and the Third Party custodian/co-signer, Felix Dominguez in the principal amount of $10,000.00 plus interest at the legal rate compounded annually

and computed daily until paid, and all other costs as allowed by law.

**SO ORDERED.**

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE